UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61282-CIV-SMITH

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**DILLARD'S INC.**,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff NELSON FERNANDEZ, through undersigned counsel, hereby gives notice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, of the voluntary dismissal without prejudice of the above-styled cause.

DATED: September 29, 2023.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351-7919 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: duranandassociates@gmail.com |
| | |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of September, 2023, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Dawn M. Rapoport, Esq.
DAWN M. RAPOPORT, P.A.
1314 East Las Olas Boulevard #121
Fort Lauderdale, FL  33301-2334
(754) 333-1105
dawn@rapoportlawgroup.com

*Attorneys for Defendant*
*DILLIARD'S, INC.*

/s/ *Roderick V. Hannah*
Roderick V. Hannah